■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHIANTI N. McINTYRE, Appellant. [625 NYS2d 989] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Cayuga County Court, Corning, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Fallon, J. P., Wesley, Doerr, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON VELASQUEZ, JR., Appellant. [625 NYS2d 990] —Judgment unanimously affirmed. Memorandum: Defendant contends that County Court erred in accepting his guilty plea to assault in the first degree (Penal Law § 120.10) because the factual recitation during the plea allocution negated the necessary element of intent by raising the issue of self-defense. That contention is unpreserved (see, People v Lopez, 71 NY2d 662, 665). In any event, it lacks merit (see, People v Lopez, supra). (Appeal from Judgment of Cayuga County Court, Corning, J. —Assault, 1st Degree.) Present—Fallon, J. P., Wesley, Doerr, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON ROBERTS, Appellant. [625 NYS2d 990] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Fallon, J. P., Wesley, Doerr, Balio and Boehm, JJ.